FILE COPY

RE: Case No. 21-0052                         DATE: 1/19/2021
COA #: 10-20-00221-CV                        TC#: CPS-322-A
STYLE: PT CASE: IN RE J-R.A.M., A CHILD

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. ELIZABETH 'BETH' A. TOBEN
501 FRANKLIN
P. O. BOX 1225
WACO, TX  76703
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0052          DATE: 1/19/2021
COA #: 10-20-00221-CV        TC#: CPS-322-A
STYLE: PT CASE: IN RE J-R.A.M., A CHILD

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                  MS. NITA  WHITENER
                  CLERK, TENTH COURT OF APPEALS
                  MCLENNAN COUNTY COURTHOUSE, RM 415
                  501 WASHINGTON AVENUE
                  WACO, TX  76701
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0052　　　　　　　　DATE: 1/19/2021
COA #: 10-20-00221-CV　　　　　　　　TC#: CPS-322-A
STYLE: PT CASE: IN RE J-R.A.M., A CHILD

　　　A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

　　　　　　　　　MS. REBECCA L. SAFAVI
　　　　　　　　　TX DEPT. OF FAMILY & PROTECTIVE
　　　　　　　　　SERVICES
　　　　　　　　　2401 RIDGEPOINT DRIVE, BUILDING H-2
　　　　　　　　　MC: Y-956
　　　　　　　　　AUSTIN, TX　78754
　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0052                    DATE: 1/19/2021
COA #: 10-20-00221-CV                   TC#: CPS-322-A
STYLE: PT CASE: IN RE J-R.A.M., A CHILD

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    DISTRICT CLERK  LIMESTONE COUNTY
                    LIMESTONE COUNTY COURT
                    P.O. BOX 230
                    GROESBECK, TX  76642
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0052         DATE: 1/19/2021
COA #: 10-20-00221-CV         TC#: CPS-322-A
STYLE: PT CASE: IN RE J-R.A.M., A CHILD

     A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. MICHELLE JULIE  LATRAY
LAW OFFICE OF MICHELLE J. LATRAY
221 W NAVASOTA ST
GROESBECK, TX  76642-1713
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0052                    DATE: 1/19/2021
COA #: 10-20-00221-CV                    TC#: CPS-322-A
STYLE: PT CASE: IN RE J-R.A.M., A CHILD

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. E. ALAN BENNETT
SHEELY LOVELACE & MAYFIELD P.C.
510 N. VALLEY MILLS DRIVE, SUITE 500
WACO, TX  76710-6077
* DELIVERED VIA E-MAIL *

RE: Case No. 21-0052                    DATE: 1/19/2021
COA #: 10-20-00221-CV                    TC#: CPS-322-A
STYLE: PT CASE: IN RE J-R.A.M., A CHILD

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. LESLIE STARR BARROWS
THE BARROWS FIRM, P.C.
500 E. BELKNAP, SUITE A
FORT WORTH, TX  76102
* DELIVERED VIA E-MAIL *